

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2015

No. 04-12-00238-CR

Kimberly Clark **SAENZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 217th District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Retired Chief Justice (not participating)
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On April 2, 2012, a jury found Appellant Kimberly Clark Saenz guilty of three counts of aggravated assault and one count of capital murder. The jury sentenced Saenz to twenty years' confinement on each aggravated assault conviction and to life in prison without parole on the capital murder conviction. On January 22, 2014, this court issued an opinion overruling Saenz's appellate issues and affirming the trial court's judgment.

On December 10, 2014, the Court of Criminal Appeals issued an opinion holding the trial court's charge made it possible for the jurors to convict Saenz without unanimously agreeing that "one particular person was murdered by the appellant." The court further held that because Saenz did not object to the trial court's charge, the error must be analyzed for egregious harm under *Almanza v. State*, 686 S.W.2d 157, 171 (Tex. Crim. App. 1985) (op. on State's motion for reh'g). The Court of Criminal Appeals vacated this court's judgment dated January 22, 2014, and remanded this matter for further proceedings consistent with their opinion.

This matter is reinstated on this court's docket. In light of the Court of Criminal Appeal's opinion, we **ORDER** the State to file its supplemental brief, if any, in this court on or before **March 9, 2015**. The appellant's supplemental brief, if any, will be due in this court thirty

days after the date the State's supplemental brief is filed.  If either party chooses not to file a supplemental brief, that party is **ORDERED** to notify this court of such fact in writing on or before **February 17, 2015**.  If the State decides not to file a supplemental brief, the appellant may still file a supplemental brief, and such brief will be due thirty days after the date the State advises this court in writing that it does not intend to file a supplemental amended brief.

We **ORDER** the clerk of this court to serve copies of this order on the appellant and all counsel.

It is so **ORDERED** on the 6th day of February, 2015.

**PER CURIAM**

ATTESTED TO:  _____
Keith E. Hottle
Clerk of Court        .

